Case 4:19-cv-00183-SCJ  Document 5  Filed 08/19/19  Page 2 of 2
Case 4:19-cv-00183-SCJ  Document 8  Filed 08/28/19  Page 1 of 1
AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-183-SEJ

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __John Winnenberg__
was received by me on *(date)* __8-21-19__.

☒ I personally served the summons on the individual at *(place)* __45 Red Fox Trail Euharlee, GA 30145__ on *(date)* __8-26-19 @ 8:51p__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __8-26-19__

__Nan Winkelm__
Server's signature

__Nan Winkelman    ProcessServer__
Printed name and title

__PO Box 388 Rome GA 30162__
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset